**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8281

DAVID M. KISSI,

Plaintiff - Appellant,

v.

PAUL CLEMENT, U.S. Solicitor General; U.S. SMALL BUSINESS
ADMINISTRATION; CHRISTY BARRERA, U.S. Small Business
Administration; PETER J. MESSITTE, Judge; SANDRA WILKERSON,
Assistant U.S. Attorney; BARBARA SALE, Assistant U.S.
Attorney; JONATHAN BIRON, Assistant U.S. Attorney; THOMAS
SIMMONS, FBI Agent; BEN CIVELETTI; VENABLE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-
cv-02178-RWT)

Submitted: April 23, 2009          Decided: May 1, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.  Ariana Wright Arnold,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint because he failed to obtain pre-filing authorization. We have reviewed the record and find no reversible error. Accordingly, we deny Kissi's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Kissi v. Clement</u>, No. 8:08-cv-02178-RWT (D. Md. Sept. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>